**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**SQUARE ONE DEVELOPMENT, LLC**

  Debtor,

**CASE NO.: 6:17-bk-03846-KSJ**

**CHAPTER 11**

_____/

**Jointly Administered**[1]

**Applicable Debtor:**

**SQUARE ONE UNIVERSITY, LLC**

**CASE NO.: 6:17-bk-03848-KSJ**

_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the Order Granting First Citrus Bank's Ore Tenus Motion to Inspect Premises Located at 5239 University Park, University Park (**Doc. No. 245**) have been furnished by U.S. Mail, first class, postage prepaid to the **Office of the**

---

[1] Jointly-administered cases: Square One Development, LLC, Case No.: 6:17-bk-03846-KSJ; Square One Winter Park, LLC, Case No.: 6:17-bk-03843-KSJ; Square One Tamiami, LLC, Case No.: 6:17-bk-03847-KSJ; Square One University, LLC, Case No.: 6:17-bk-03848-KSJ; Square One Ft. Myers, LLC, Case No.: 6:17-bk-03849-KSJ; Square One Tampa Bay, LLC, Case No.: 6:17-bk-03850-KSJ; Square One Henderson, LLC, Case No.: 6:17-bk-03851-KSJ; Square One Brandon, LLC, Case No.: 6:17-bk-03852-KSJ; Square One Tyrone, LLC, Case No.: 6:17-bk-03853-KSJ; Square One The Villages, LLC, Case No.: 6:17-bk-03855-KSJ; Square One Gainesville, LLC, Case No.: 6:17-bk-03856-KSJ; Square One Burgers Prop Co., LLC, Case No.: 6:17-bk-03857-KSJ; and Square One Lakeland, LLC, Case No.: 6:17-bk-03858-KSJ.

**U.S. Trustee,** 400 W Washington Street, Ste. 1100, Orlando, FL 32801**; R. Scott Shuker, Esq., counsel for Debtors**, 111 N. Magnolia Ave., Ste. 1400, Orlando, FL 32801; **Square One Development, LLC**, attn.: William Milner, 704 W Bay Street, Tampa, FL 33606; **Stearns Bank**, c/o Sasha Ross, Esq., 1023 Manatee Ave W., Bradenton, FL 34205; and to all the parties who receive electronic notice via the Court's CM/ECF System on November 29, 2017.

        JOHNSON POPE BOKOR RUPPEL & BURNS, LLP

        /s/ Michael C. Markham
Michael C. Markham, FBN:  0768560
P.O. Box 1100 (33601)
401 E. Jackson Street, Suite 3100
Tampa, FL  33602
Telephone:  (813) 225-2500
Facsimile:  (813) 223-7118
Attorneys for First Citrus Bank